UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) )  3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Ambery Rayne Burnett v. Bayer Corporation, et al.*   No. 11-cv-10313-DRH

*Lindy King v. Bayer Corporation, et al.*   No. 10-cv-10064-DRH

*Brea Long v. Bayer Corporation, et al.*   No. 11-cv-11538-DRH

<u>JUDGMENT IN A CIVIL CASE</u>

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 21, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

> NANCY J. ROSENSTENGEL,
> CLERK OF COURT
>
> BY:   /s/*Sara Jennings*
>        **Deputy Clerk**

**Dated:**  April 23, 2014

Digitally signed by David R. Herndon
Date: 2014.04.23 11:22:34 -05'00'

**APPROVED:**
   **CHIEF JUDGE**
   **U. S. DISTRICT COURT**